UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-34-BO1

UNITED STATES OF AMERICA

v.

JOSEPH RYAN ANDERSON

ORDER TO SEAL

On motion of the Defendant, Joseph R. Anderson, and for good cause shown, it is hereby ORDERED that the **[DE #29]** be sealed until further notice by this Court.

IT IS SO ORDER.

This /2 day of December, 2012.

TERRENCE W. BOYLE
United States District Judge