UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Ryan Anderson**　　　　　　　　　　　　　　　　**Docket No. 7:12-CR-34-1BO**

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Ryan Anderson, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce, in violation of 18 U.S.C. § 1951, and Use and Carry of a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 6, 2013, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Ryan Anderson was released from custody on April 26, 2022, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since the defendant's release, he has been supervised in the Western District of Texas. On September 12, 2023, Anderson submitted to urinalysis screening which was confirmed positive for marijuana and cocaine by Abbott Laboratory on September 28, 2023. On September 26, 2023, Anderson returned to the Eastern District of North Carolina and this office is accepting Transfer of Supervision. To address the defendant's drug use, a condition providing for drug testing and treatment is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: October 6, 2023 |

Joseph Ryan Anderson
Docket No. 7:12-CR-34-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___10___ day of ___October___, 2023, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge